UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

JS-6

| | |
|---|---|
| Case No. **CV 22-6204-DMG (Ex)** | Date **March 1, 2023** |
| Title *Sam Benford v. Vladislav Shulga, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

In light of Plaintiff's Notice of Voluntary Dismissal filed on March 1, 2023 [Doc. # 23], the Court hereby **DISMISSES** this action pursuant to Fed. R. Civ. P. 41(a)(1). Plaintiff's request for continuance of early mediation deadline [Doc. # 22] is DENIED as moot.

IT IS SO ORDERED.